# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF GEORGIA
# MACON DIVISION

| | | |
|---|---|---|
| **KEVIN MICHAEL SHAFFER,** | : | |
| Petitioner, | : | Case No.: 5:09-CV-52 (CAR) |
| v. | : | |
| **GEORGIA DEPARTMENT OF CORRECTIONS,** | : | 28 U.S.C. § 2254 |
| Respondent. | : | |
| _____ | : | |

## *ORDER ON THE REPORT AND RECOMMENDATION*
## *OF THE UNITED STATES MAGISTRATE JUDGE*

Before the Court is the United States Magistrate Judge's Recommendation [Doc. 19] to grant Respondent's Motion to Dismiss for Lack of Exhaustion [Doc. 13] the instant Petition for Writ of *Habeas Corpus* [Doc. 1]. Petitioner has not entered an objection to the Recommendation. Upon review of the Recommendation and consideration of the matter, the Court agrees with the findings and conclusions of the United States Magistrate Judge. The Recommendation is therefore **ADOPTED** and **MADE THE ORDER OF THE COURT**. Respondent's Motion to Dismiss is hereby **GRANTED**, and the Petition is **DISMISSED** without prejudice.

**SO ORDERED,** this 21st day of January, 2010..

S/ C. Ashley Royal
C. ASHLEY ROYAL
UNITED STATES DISTRICT JUDGE

THC/apg